# Court Of Appeals
## Third District

### Willie Ockletree
vs
### St. of Texas

COA Case No. 03-14-00046-CV

## Motion For Response
## Concerning Re Hearing filed:

RECEIVED
DEC 2 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Honorable Court Comes now I William Lee Ockletree in my deepest prayer and desire.

May it please the Court to acknowledge me concerning my Re hearing which was filed after my Direct Appeal was Affirmed in regards to Texas Rules of Appeallate Procedures etc.

I Further ask and pray for Response that would satisfy the Interest of Justice. GOD Bless Sincerely, Willie Ockletree #1906981
2101 FM 369 N
Iowa Park, Tx 76367.

Willie Ockletree
TDC #1906981
AllRED Unit
2101 FM 369 N.
Iowa Park, Tx
76367

Legal Mail 12-17-15

NORTH TEXAS TX PSDC
DALLAS TX 750
22 DEC 2015 PM 12 L

7871 Ⓢ 2254747

Court of Appeals
Third District
P.O. Box 12547
Austin, Tx 78711-2547